1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research and Writing Attorney
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Requesting Appointment for Defendant
   BILLY DEAN KAESTNER
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) Mag. No. 91-349A
                                 ) and Cr. S. 91-409-WBS
13              Plaintiff,       )
                                 )
14       v.                      ) ORDER EXONERATING BOND
                                 )
15  BILLY DEAN KAESTNER,         )
                                 )
16              Defendant.       )
                                 )
17  _____)

18
    In 1991, Mr. Kaestner was released on a property bond in this
19
    case, filed by family members on August 21, 1991.  The relevant
20
    documents are attached.  Mr. Kaestner was convicted, served his 120
21
    month sentence imposed on February 5, 1992, and was released from
22
    custody on June 22, 2000.  His attorney never requested that the Court
23
    exonerate the property bond.  The family member recently tried to sell
24
    her home and discovered the 22-year-old lien.  She contacted this
25
    office to request that it be exonerated.  Accordingly, the undersigned
26
    requests that this Court appoint the Federal Defender's Office
27
    //
28

and issue the proposed order below, exonerating the property bond and reconveying the property to the owner.

Date: August 23, 2013                HEATHER WILLIAMS
                                     Federal Defender

                                     /s/ R. Barbour

                                     _____
                                     RACHELLE BARBOUR
                                     Research and Writing Attorney

The Federal Defender's Office is appointed in this matter.  The Court hereby orders that the property bond posted on behalf of Mr. Kaestner in the United States District Court for the Eastern District of California is EXONERATED and that the Clerk of the Court execute and file a reconveyance of the deed of trust used to secure the bond.

Dated: August 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE